# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | | |
|---|---|---|
| FIRST INTERSTATE BANK, | ) | Cause No. CV-17-4-BU-BMM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| BRINSON FARMS, LLC d/b/a BIG | ) | |
| SKY GUIDE AND OUTFITTERS OF | ) | |
| MONTANA and JOHN W. LOGAN, | ) | |
| | ) | |
| Defendants. | ) | |

Upon Plaintiff's Unopposed Motion for Extension of Deadlines and Extension of Preliminary Pretrial Conference, and for good cause shown, it is ORDERED that:

1. The deadlines for the parties' joint discovery plan, statement of stipulated facts and preliminary pretrial statements are extended until December 13, 2017.

2. The preliminary pretrial conference set for December 6, 2017 is VACATED and is RESET for January 3, 2018 at 1:30 p.m., at the Missouri River Federal Courthouse, 125 Central Avenue, West, Great Falls, Montana.

Dated this 29th day of November, 2017.

Brian Morris
United States District Court Judge