UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| FIRST INTERSTATE BANK,<br><br>Plaintiff,<br><br>vs.<br><br>BRINSON FARMS, LLC D/B/A BIG SKY GUIDE AND OUTFITTERS OF MONTANA AND JOHN W. LOGAN,<br><br>Defendant. | Case No. CV-17-004-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |
|---|---|

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to the Stipulated Judgment and Decree of Foreclosure filed on December 5, 2017 finding for the Plaintiff and against Defendants.

Dated this 12th day of December, 2017.

TYLER P. GILMAN, CLERK

By: /s/ Erica Larson
Erica Larson, Deputy Clerk