# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | | |
|---|---|---|
| FIRST INTERSTATE BANK, | ) | Cause No. CV-17-04-BU-BMM |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| BRINSON FARMS, LLC d/b/a BIG SKY GUIDE AND OUTFITTERS OF MONTANA and JOHN W. LOGAN, | ) | |
| Defendants. | ) | |

On December 5, 2017, this Court entered a Stipulated Judgment and Decree of Foreclosure in favor of First Interstate Bank and against Brinson Farms, LLC and John W. Logan, in the amount of $644,580.21 together with interest at a per diem rate of $82.20 from November 22, 2017, as well as attorneys' fees, costs, and disbursements. (Doc. 22.) The Clerk of Court entered Judgment on December 12, 2017. (Doc. 23.)

First Interstate Bank moved the Court to find that certain attorneys' fees and costs were reasonable and necessary on December 22, 2017. (Doc. 24.) The parties have now stipulated that the $18,083.50 fees and costs claimed in First Interstate

Bank's motion for attorney fees are reasonable and necessary. Upon the parties' stipulation and for good cause appearing:

**IT IS HEREBY ORDERED** that the $18,083.50 fees and costs claimed in First Interstate Bank's motion for attorney fees (Doc. 24) are reasonable and necessary. The fees and costs shall be included in and added to the judgment in this case.

DATED this 6th day of March, 2018.

_____
Brian Morris
United States District Court Judge