IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| FIRST INTERSTATE BANK,<br><br>          Plaintiff,<br><br>vs.<br><br>BRINSON FARMS, LLC, d/b/a BIG SKY GUIDE AND OUTFITTERS OF MONTANA, and JOHN W. LOGAN,<br><br>          Defendants. | CV-17-04-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that fees and costs in the amount of $18,083.50, as ordered in Document 31, are included in and added to the December 12, 2017, Judgment in favor of First Interstate Bank and against Defendants pursuant to the Stipulated Judgment and Decree of Foreclosure filed December 5, 2017.

    Dated this 6th day of March, 2018.

                              TYLER P. GILMAN, CLERK

                              By: /s/ Nicole Stephens
                              Nicole Stephens, Deputy Clerk